[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

LS

5/16/2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

D'Aaron Williams

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**RECEIVED**

MAR 2 2 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

Thomas Dart

Superintendent John Doe

Lt. John Does

Sgt. John Does

Sgt. ~~John Does~~ Gotay

Sanitation Deputy John Does

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: 1:18-cv-00028

(To be supplied by the Clerk of this Court)

Officer villareal

Nurse Jane Doe

Doctor John Doe

Commander Belle

Ms. Rezko

Department of facility Management John Doe

**CHECK ONE ONLY:**                    **AMENDED COMPLAINT**

✓          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.     Plaintiff(s):**

A.     Name: D'Aaron Williams

B.     List all aliases: N/A

C.     Prisoner identification number: 20120811136

D.     Place of present confinement: Cook County Department of Corrections

E.     Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: Villareal

       Title: Deputy Sheriff

       Place of Employment: Cook County Jail

B.     Defendant: Thomas Dart

       Title: Head Sheriff

       Place of Employment: Cook County Jail

C.     Defendant: Commander Belle

       Title: Commander

       Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                Revised 9/2007

II. D. Ms. Rezko
   Grievance Administrator
   Cook County Jail

E. Superintendent John Doe
   Superintendent
   Cook county Jail

F. Lt. John Doe(s)
   Lt.(s)
   Cook County Jail

G. Sgt John Doe(s)
   Sgt.(s)
   Cook County Jail

H. Sgt. Gotay
   Sgt.
   Cook County Jail

I. Sanitation Deputy John Doe(s)
   Deputy Sheriff
   Cook County Jail

J. Nurse Jane Doe
   Nurse
   Cook County Jail

Back →

K.  Doctor John Doe
        Doctor
    Cook County Jail

Case: 1:18-cv-00028 Document #: 16 Filed: 05/16/18 Page 5 of 31 PageID #:290

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _16 - C - 11540_
_D'haron Williams Vs. Officer Hernandez, et al_

B. Approximate date of filing lawsuit: _Nov. 2016_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_D'haron Williams_
_____
_____

D. List all defendants: _Officer Hernandez, Thomas Dart_
_Superintendent Jones_
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _Judge John Z. Lee_
_____

G. Basic claim made: _Inhumane Living Conditions_
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_
_____
_____

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. A. D'Aaron Williams vs. officer Gorden, et al
       3:16-cv-01359-JPG

B. Nov. 2016

C. N/A

D. Officer Gorden, et al

E. Southern District

F. Judge J. Phil Gilbert

G. Deliberate Indifference

H. Still Pending

I. N/A

IV. A. D'Aaron Williams vs. Susan Shebel, et al 18-c-0029

B. Jan. 2018

C. N/A

D. Susan Shebel, et al

E. Northern District

F. Judge John Z. Lee

G. Deliberate Indifference, Failure to Medicate

Back

H. Still Pending

I. N/A

II A. D'Aaron Williams vs. Deputy Sheriff, et al
        18-C-0027

B. Jan. 2018

C. N/A

D. Deputy Sheriff, et al

E. Northern District

F. Judge John Z. Lee

G. Excessive Force, Deliberate Indifference

H. Still pending

I. N/A

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

Now comes Plaintiff D'Aaron Williams I.D.# 2012081136 through

the sole aid of a jail house lawyer, has prepared plaintiffs claim on

"unconstitutional - Inhumane Living - conditions."

I. Plaintiff has been at all time relevent in custody of the cook county

Department of corrections since 2012 Aug. 11th. Plaintiff has been a subject

to Inhumane Living Conditions since his entry as a Pre-trial detainee. However,

Plaintiff has knowledge only now that there has been a remedy for the

agrieved issues plaintiff has been subjected to and has been suffering

through for years housed a pre-trial detainee.

II. Plaintiff brings actions against cook county jail official(s) for deliberate

indifference while housed in Division #9 that has amounted to cruel and

unusual punishment. These officials committed acts under color of law which

deprived plaintiff of rights secured by the "United States Constitution" and

laws of the United States. As more fully set forth below:

III. Plaintiff D'Aaron Williams has been living in extreme and outrageous

conditions since housed in Div.#9. However, Plaintiff has finally found help to

atleast address these "Inhumane Living Conditions," through new the Court

and again through the aid of a Merely simi-jail house Lawyer. In the

4                                    Revised 9/2007

Month of April and or before of 2017, Plaintiff began writing grievances addressing all issues that cook county jail officials recklessly disregarded — "THE RIGHT TO SAFE AND SANITARY HOUSING," While housed at cook county jail. Plaintiff records in his possesion shows plaintiff being aggrieved by plumbing conditions, where plaintiff was housed in Div.#9 tier #2B in cell # 2109 for nearly 3 weeks with no cold drinking water. Plaintiff informed Deputy John Does and sgts & Lts John and Jane Does and commander Belle as well as written to Superintendent John Doe of Div. 9 of this issue. Plaintiff also grievance this issue and appealed where Ms. Bezko stated plaintiff can also dial 773-916-6280 to place his own work order in. Plaintiff could not get through to this hot line number. Plaintiff has written to Bezko and countless times asking that she fully investigate plaintiff issue to no response. All deputy sheriffs, sgts, Lts and superintendent John and Jane Does and also Ms Bezko, Grievance personel has knowingly and deliberately ignored plaintiff entitlement to drinking water where he also informed these officials that he takes medications twice a day that requires plaintiff to drink plenty of water. Plaintiff has only one bowl that some days he was allowed to fill up outside his cell for drinking water for an entire day. Department of facility management John Doe as also was informed through officer John Doe as was told to plaintiff and whom Plaintiff personally written to the management of D.F.M, all these officials has ignored plaintiff plea for help. Plaintiff also has written Illinois Department of Corrections, jail and Detention standards unit, to no Prevail nothing has been remedy. See Exhibit A

5

Revised 9/2007

IV) Plaintiff has in the month of August of 2017 finally had enough of being deprived sheet exchange where plaintiff filed grievance about it Per Commander Belle and Grievance administrator Rezko sheet exchange are being performed when computer records as well as cameras can support that these officials are not keeping with D.O.J consent Agreement to provide pretrial detainee safe and sanitary housing. Plaintiff for weeks and months has been force to lay on dirty sheets that was given already to him dirty. Plaintiff is not allowed to wash sheets or his personal clothing. Plaintiff has no other means but to wash his clothing despite being told not to. Plaintiff has to sneak and hang his clothes up to dry to avoid being written up or worst risk losing his clothing items. Plaintiff has personally talked to all available staff, sgts, Lts, Rezko, Commander Belle, and Superintendent John Doe of Div#9 either personally and by request forms. Plaintiff still as of 11-30-17 hadnt received sheet exchange or had the opportunity to have his clothes washed. Plaintiff has written to both Department of Justice and Illinois Department of Corrections, jail and detention standards unit, neither office has responded to Plaintiffs writting. Plaintiff also bring this issue before all deputy sheriffs working plaintiff housing tier repeatedly everyday. To No Avail! See Exhibits D

V.) Plaintiff in the month of October 2017, was aggrieved by the denial of the basic necessity of being able to use the toilet, Plaintiff along with his cell-mate were both forced to live in a cell with a broken toilet that was filled with urine and feces for over a week, Plaintiff at every attempt desperately complained to every shift 7am to 3pm, 3pm to 11pm, & 11pm to 7am, 3 shifts of officers, deputy John does as well as informed on both shifts the 7am to 3pm and 3pm to 11pm shifts sgts and Lts that Plaintiff could not use the toilet in his cell and that plaintiff and his cell-mate was forced to fill up an already filling toilet of waste with more urine and feces and plaintiff also informed these officials that the stinch was unbearable and plaintiff and his cell-mate had to endure the stinch. Plaintiff and his cell-mate tried to sleep through it by wrapping towels and shirts about their face to mask the

stinch but Plaintiff and his cell-mate quickly notice that it was a waste of effort. On one particular day of Plaintiff suffering on 10/29/17 on the 11pm to 7am shift. Deputy Sheriff c/o villareal was performing count when plaintiff informed him that his toilet was broken and to please let him out so that he and cell-mate could relieve themselves in the dayroom washroom deputy c/o villareal said he had to first verify that Plaintiff toilet wasn't functioning which he then asked c/o white whom he was changing shifts with was plaintiff's toilet broken. C/o white confirmed plaintiff toilet being broken at which time c/o villareal told plaintiff to wait. Plaintiff had to wait where as he finally got c/o villareal attention by banging on the door. C/o villareal enter the tier and then announced that the Lt. said don't let nobody out. Plaintiff then requested to speak to a sgt or a Lt, none ever came. Plaintiff has grievance this issue saying this was his right, not a priviledge to use the bathroom and that this is "Cruel and Unusual Punishment." Plaintiff has written the Divisional Superintendent of Div #9. Plaintiff has written to the Department of Justice as well as "Illinois Department of Corrections," Jail and Detention standards unit. Neither Departments has responded to plaintiffs letters, including Ms. Rezho. See Exhibits E

VI.) Plaintiff as dating back to December of 2016 has been complaining about the shower drains are clogged with garbage and soap grim and nothing was being done about it, this problem has been ongoing for a whole year, Plaintiff repeatedly has been denied any relief from unsanitary living. Plaintiff is one of forty four individuals who has to use the shower area. Plaintiff has written numerous times to the Department of facility management through grievances and per Rezho this problem has been rectified but it has anything but been rectified. Plaintiff caught an infection around Oct., Nov. of 2017 from the drainage being clogged to his feet. Plaintiff has requested medical attention which plaintiff as of this writing still hasnt received nor will sanitation clean the shower area or provide any disinfect chemicals so that the detainees

can use to clean the area themselves. Plaintiff along with many other detainees do not mind cleaning the showers and toilets because Plaintiff and others housed on plaintiff tier has to use the showers and toilets everyday. Plaintiff hisself is an un-paid deck worker who has volunteered to clean plaintiff housing tier and thats to no avail. Plaintiff has filed numerous grievances about the filth and how "C.C.D.O.C" ignores how Plaintiff housing tier is kept. Plaintiff has grievance from being freezing cold here in the month of Dec 2017 complained of this to all officials listed in the caption of this complaint and nothing has been done about it, and plaintiff first wrote in Oct. of 2017. Plaintiff has written an awared all said officials in the caption of this complaint including D.O.J, Illinois Department of Corrections, Jail and Detention Standard unit, D.F.M to the Inhumane Living Conditions. Plaintiff on Nov. 15th, 2017 informed multiple Deputy Sheriffs as required for plaintiff to do so about the sprinklers in the shower area cut on and wouldnt cut off for days soaking Plaintiff and other detainees that enter the shower area and including the toilets, where plaintiff could not avoid this issue. Plaintiff has tirelessly written to superintendent John Doe and filed grievances about receiving cleaning supplies because the walls as of this writting is still coated with urinal and feces matter, where unknown detainees has thrown waste at each other and these officials hasnt ordered anything to be done. Plaintiff's tier still had milk cartons full of urine sitting on the ledges where these officials would not come in to take down. The feces are clearly visible. You can see it clearly from the camera's just about on all the cell doors. Plaintiff has constantly grievanced sanitation and or the administration for depriving Plaintiff the opportunity to clean out his cell which by policy of "C.C.D.O.C" that every pre-trial detainee are entitled once a week through (G.I) General inspection to clean their cells atleast once a week and this hasnt happened in Plaintiffs entire incarceration in Div#9. Plaintiff has in the month of Nov 2017 has written about the infestation of roaches, gnats

and mices thats unbearable on plaintiffs tier #2B. Plaintiff has to sleep with lights on to keep roaches down because plaintiff has awaken plenty of nights with roaches crawling on him, the gnats flies on everything especially the shower area, where plaintiff has literally ingested into his body just by breathing in through his nose. Plaintiff has on numerous occasions has been a victim to the mice who has climbed into his property bag and eaten his commissary. Plaintiff has not been free of this living due to "C.C.D.O.C" not caring. Plaintiff has witness at least a couple of times the exterminator, exterminate the closets but not the tier cells, where after the closets are sprayed the roaches, gnats and mice escapes. On one occasion through an appeal response Lt. Williams on 11/5/17 between 5:10pm & 5:20pm came on tier #2B to inform plaintiff personally that theres no disifect but Per Ms Bezka, the grievance personnel that supplies are being supplied, until plaintiff then appealed his grievance, Ms. Bezko then wrote supplies are being ordered, no shower, no cells, nor the dayroom has been clean with any disinfectants and only now has the administration admitted that there has been no disinfectants. Plaintiff has been infected in the face for lack of cleaning supplies to clean the phones. Plaintiff attempts to use his commissary soaps has been effortless because plaintiff can not afford to clean with his limited hygiene soaps. Plaintiff has been deprived of the basic necessities of tissue. Plaintiff receives #1 roll per week and on many occassions plaintiff has run out of tissue where plaintiff can not ask the tier officers or sgts neither Lts that comes to sign the log books for any tissue. Supplies with out being told tissue and soap distributed once a week. Plaintiff has also grievance the fact that as a volunteer worker the trays at breakfast, lunch, and dinner are filthy as well with caked up white substances as well as black sut and this is each and everyday. Plaintiff has written of this issue in the month of Nov 2017. Plaintiff has suffered from diarrhea as a result from being sick from the food trays. Plaintiff has written medical and medical never answer to plaintiff, Where as plaintiff

over came it on his own. Plaintiff has notified Depty John Does on all #3 shifts including sgts, Lts, the shift commander, The superintendent John Doe, D.F.M/sanitation, Department of Justice, Illinois Department of Corrections and no remedy has been given. Ms. Rezko answer to these issues to with no relief. See Exhibits F

## "Conclusion"

Since Plaintiff time housed in cook county jail since 2012, cook county jail has been negligent in their duties preferably Div. #9. Plaintiff has been aggrieved by the unconstitutional inhumane Living conditions way longer then the time plaintiff has describe here in his complaint. From life safety and Environmental health. Thomas Dart and his employees who managed these entities and the day to day life of cook county jail are all in gross error. These officials duties are to ensure that all detainees housed in "C.C.D.O.C" are adequately protected and provided safe and sanitated housing and to be free from the unrepaired and the continuence of brake downs of cook County Department of Corrections. Thomas Dart is responsible for this. Plaintiff issue is not an isolated issue but a systemic issue that required his full attention as head of the jail. Department of facility management, sanitation and security the defendant system "C.C.D.O.C" acted through defendants John and Jane Doe(s) and its other employees or agents especially Thomas J. Dart.

As an actual and proximate result of defendants failure to ~~exercise~~ exercise the ordinary care that a reasonable person would exercise under the circumstances. Plaintiff D'Aaron Williams, endured prolonged pain and suffering and prolonged injury of being incarcerated due to deliberate indifference and cruel and unusual Punisment. Defendant system through Thomas J. Dart and its other employees or agents failed to adhere to the Department of Justice Consent agreement in running Cook County jail. These officials all have contributed to the continued practice of Cruel and Unusual Punisment in

violation of the 5th, 8th, 14th amendments to the United
States Constitution, which enables plaintiff to be free from
pain and suffering from negligent officials in their official
duties. A duty owed to be protected from deliberate indifference
and cruel and unusual punishment. These officials are not
properly trained nor or supervised in their duties
Wherefore, Plaintiff demands Judgement against defendants
with intrest for actual and consequential damages, Punitive
and exemplary damages; including filing fees and any other
relief deemed by the trier of fact to be just fair and
appropriate.


                    Respectfully Submitted

D'Aaron Williams #2012081136
P.O. Box 089002
Chicago, IL 60608

   D'Aaron Williams   3/12/18

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

*Compensation for punitive damages, for actual and*
*consequential damages & exemplary damages.*

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this __12__ day of __3__, 20 __18__

*D'Aaron Williams*
(Signature of plaintiff or plaintiffs)

*D'Aaron Williams*
(Print name)

*20120811136*
(I.D. Number)
*P.O. Box 089002*

*Chicago, IL 60608*

(Address)

6                                     Revised 9/2007

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

| I THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *( I Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Williams | D'Aaron | 20120811136 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 96 | 2B (2110) | 2/4/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarias.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente):* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente):* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) of ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2/4/18 | 1st shift 7am - 3pm | Tier 2B cell 2110 | C.O. Swift, C.O. Park, C.O. Kim, Sgt. Budnick, Sgt. Heinz |

The tier was shook down during recreation (while we were in the gym). All of my sheets were taken for no apparent reason. I only had 2 sheets. I informed all the above accused & they ignored my pleas. C.O. Swift told me "he ain't going to do nothing because he ain't worried about it." I want these sgts & c.o.s disciplined. I need some sheets. Having sheets is not a priviledge. This is cruel & unusual punishment. I need sheets, please & thank you!

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* |
|---|---|
| The whole tier 2B detainees | D'Aaron Williams |

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW LEWANSKI | Lewanski | 2/5/18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40x)(AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018 01500 | 0584256 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| WILLIAMS | D AARON | 2012081136 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 334-SECURITY PROCEDURE (CELL SEARCH/SHAKE DOWN)

**IMMEDIATE CRW RESPONSE (If applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):* 09 SUPT.
**DATE REFERRED:** 2 16 18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

2/6/18

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. 9 | DATE: 2/6/18 |
|---|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): D Aaron Williams | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 2 14 18 |
|---|---|

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):* 2 14 18

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación):* Check Sgt Hein body camera
When he came into my cell, you'll see these documents
are falsified. He actually confirmed the opposite. I would
like sheets.

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Si) ☐ No ☑
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a)):*
____ request
slip and you will be provided items.

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): 2 16 18 |
|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): D Aaron Williams | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 2 21 18 |
|---|---|

(FCN-40b) ( AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| | CONTROL NUMBER | INMATE # |
|---|---|---|
| | 2017 19688 | 0584256 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| WILLIAMS | DAARON | 201208111136 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 152-LAUNDRY (BEDDING/BLANKETS

**IMMEDIATE CRW RESPONSE (if applicable):**

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): | DATE REFERRED: |
|---|---|
| SUPPORT SERVICES SUPT. | 12,6,17 |

### RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACH MEMO

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Sgt Switon son | | LAundry | 12,19,17 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| DAaron Williams | 1,22,18 |

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 1,22,18

**INMATE'S BASIS FOR AN APPEAL:** *(Basé del preso para una apelación:)* The sheets were distributed uncleaned & dirty on the date that I wrote it. This grievance was wrote 2 months ago. I want sheets to be cleaned with chemicals.

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes *(Si)* ☐ | No ☑ |
|---|---|---|
| *(Apelación del preso aceptada por el administrador o/su designado(a)?)* | | |

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*
Sheets are cleaned with chemicals and in accordance to proper jail standards.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado)*: | DATE *(Fecha)*: |
|---|---|---|
| | | 2,6,18 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| DAaron Williams | 1,31,18 |

(FCN-40b) ( AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

Grievance Control # 2017-19688
Young Dondre #2012-0811136

The laundry exchanges have been conducted and verified according to the schedule. It is also the responsibility of the inmate to be ready for the exchange at the time of the clothing/linen exchange.

Division 9 exchanges have been conducted by schedule and the schedule has been followed for the last Month. All Sheets are Cleaned Before an Exchange is Conducted. The last exchange was conducted on (North Tower) 12 December 2017

Sgt. Salemi #3074
Division 5 Laundry

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2017 20291 | 0584256 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| WILLIAMS | AARON | 2012081136 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 200 MEDICAL TREATMENT

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):* CERMAK

**DATE REFERRED:** 12,20,17

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Records indicate you were seen by the divisional provider on 1/16/18

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: 1,18,208 |
|---|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso):* D Aaron Williams | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 1,23,18 |
|---|---|

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

#### THIS SECTION IS TO BE COMPLETED BY INMATE!

- **To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.**
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

- **Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.**
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 1,23,18

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)* I'm being forced to suffer and use other detainees ointments because Medical is failing to adhear to my needs.

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes *(Sí)* ☐   No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*
Records indicate patient has upcoming appointment with Memory care. Please continue to seek medical care as needed using the health services request form.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* 2,1,18 |
|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso):* D Aaron Williams | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 2,5,18 |
|---|---|

(FCN-40b) ( AUG 16)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – C.R.W.)          (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2017 | 20173 | 0584256 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| WILLIAMS | DAARON | 20120811136 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 200- MEDICAL TREATMENT

**IMMEDIATE CRW RESPONSE (if applicable):**

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): | DATE REFERRED: |
|---|---|
| CERMAK | 12/18/17 |

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Our records indicate you have an upcoming appointment with the divisional provider.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | 1/19/18 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| D Aaron Williams | 1/23/18 |

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 1/23/18

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)* I wrote this grievance over a month ago. I need my face checked on + to be given alcohol pad.

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Sí)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)* Cermak Health Services does NOT provide patients/ detainees with alcohol pad". Our records indicate an upcoming appointment was made care. Please continue to seek medical care as needed thru health service request form.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | 2/1/18 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso):* | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| D Aaron Williams | 2/5/18 |

(FCN-40b) ( AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WILLIAMS | AARON | 20120811136 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | INMATE'S GRIEVANCE FORM DATE *(Fecha):* |
|---|---|---|
| 9 | 2B (2110) | 1/6/18 |

| INMATE # (SHORT #) *(# Del Preso (# corto)):* | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)* |
|---|---|---|
| 0584256 | 430 | CRW LEWANSKI |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☒ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro de los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

THAT GRIEVEA ISSUE IS A REPEAT SUBMISSION
OF A GRIEVANCE THAT PREVIOUSLY RECEIVED
A RESPONSE AND WAS APPEALED, REFER TO
GRIEVANCE CONTROL # 2017 X 17836,
CRW NOTIFIED PEST CONTROL.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha):* |
|---|---|---|
| CRW LEWANSKI | *A R Lewanski* | 1/8/18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso):* | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta):* |
|---|---|
| Aaron Williams | 1/10/18 |

**(FCN-40c)(AUG 16)**      **(WHITE COPY – INMATE SERVICES)**      **(YELLOW COPY – CRW/PLATOON COUNSELOR)**      **(PINK COPY – INMATE)**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2017 20292 | 0584256 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| WILLIAMS | AARON | 2012C811136 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 172: LIVING CONDITIONS (Co... & SUPPLIES/PRODUCT)

IMMEDIATE CRW RESPONSE (if applicable):

| CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): | DATE REFERRED: |
|---|---|
| 09 SUPT. | 12,20,17 |

## RESPONSE BY PERSONNEL HANDLING REFERRAL

ALL CLEANING EQUIPMENT IS NEW WITHIN THE LAST MONTH OR SO
IN ADDITION, CHEMICALS WERE DISTRIBUTED ON THE 11-7 SHIFT ON 12/5/17
FOR CLEANING OF CELLS

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| SGT. (IMU) AINIO | Sgt. | 9 | 12,21,17 |

## THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| D Aaron Williams | 12,27,17 |

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 12,27,17

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)* I wasn't allowed to clean my cell with any chemicals or even given anything. I was only allowed to sweep my cell on the 7am - 3pm shift. This answer dont help my complaint.

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes (Si) ☐ | No ☐ |
|---|---|---|

*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a) )*
... considered other that are available for distribution ... original response stands ...

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a).): | DATE (Fecha): |
|---|---|---|
| | | 1,2,18 |

## THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| D Aaron Williams | 1,9,18 |

(FCN-40b) ( AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

| THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

☐ Emergency Grievance  ☐ Cermak Health Services
☐ Grievance  ☐ Superintendent:_____
☐ Non-Compliant Grievance  ☐ Other:_____

| PRINT - INMATE **LAST** NAME *(Apellido del Preso):* | PRINT - **FIRST** NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Williams | D'Aaron | 20120811136 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 2B (2110) | 1/6/18 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA *(GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT )*
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibió no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solitud de la queja no puede contener lenguaje ofensivo o amenazante
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Específico Del Incidente)* |
|---|---|---|---|
| 1/6/18 | All shifts | Tier 2B Div. 9 | Exterminators |

The tier is infested with mice. They are coming into my cell at night eating my commissary. The mice are running around the dayroom getting bigger & bigger. There have been no exterminations or attempts in weeks. I would like something done about these mice running around the tier. Please & thank you!!!

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso/Fecha):* |
|---|---|
| The whole tier 2B detainees | D'Aaron Williams  1/8/18 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CANCFIVAUSKI | | 1/8/18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40a)(AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

**NON-COMPLIANT GRIEVANCE RESPONSE FORM**

*(Interno no Queja Solicitud Respuesta)*

## INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WILLIAMS | AARON | 2012 0811 136 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | INMATE'S GRIEVANCE FORM DATE *(Fecha):* |
|---|---|---|
| 9 | 2B (2110) | 1/26/18 |

| INMATE # (SHORT #) *(# Del Preso (# corto)):* | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)* |
|---|---|---|
| 0584256 | 4211 | G. LEWANSKI |

## REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below.  This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

☑ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

☑ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

☐ Offensive or harassing language was used

☐ The grievance form contains more than one issue

☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

☐ Other reason not listed

## RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.

☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro de los 15 días calendarios.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.

☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.

☐ La solitud de la queja contiene más de un asunto.

☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

☐ Otra razón

THE GRIEVED ISSUE IS A REPEAT SUBMISSION OF A GRIEVANCE PREVIOUSLY COLLECTED. REFER TO GRIEVANCE CONTROL # 2017X19329, GRIEVANCE APPEALED 1/17/18, WAITING FOR RESPONSE.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información:)* | DATE *(Fecha):* |
|---|---|---|
| G. LEWANSKI | *[signature]* | 2/1/18 |

## INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso):* | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta):* |
|---|---|
| *Aaron Williams* | 2/2/18 |

(FCN-40cJ)(AUG 16)       (WHITE COPY – INMATE SERVICES)       (YELLOW COPY – CRW/PLATOON COUNSELOR)       (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|

| | |
|---|---|
| ☐ THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !) | |
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE **LAST NAME** (Apellido del Preso): | PRINT - **FIRST NAME** (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Williams | D'Aaron | 20120811136 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 9 | 2B (2110) | 1/6/18 |

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue must not be one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA** (GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT )

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para el preso, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye
acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha Del Incidente) | REQUIRED - TIME OF INCIDENT (Hora Del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Lugar Específico Del Incidente) |
|---|---|---|---|
| 1/6/18 | All shifts | Tier 2B Div. 9 | Personel in charge of the heating y ventalation system |

Its been 20° y lower outside for the last 2wks. Not once have the heat even been attempted to get turned on. It is freezing cold in these cells, especially the corner cells. I would like for the heat turned on. Atleast make it warm in the cells. The C.O.s y sgts plus whoever else been coming to check the temperature in the dayroom instead of the cells. Check the cameras y you will see that the cell temperatures aunt being checked. Please y thank you!!!

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE :(Firma del Preso/Fecha): |
|---|---|
| The Whole tier 2B detainees | D'Aaron Williams |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW LEWANSKI | M. Lewanski | 1/8/18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018 00388 | 0524256 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| WILLIAMS | AARON | 20120811136 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 7. FACILITY REPAIR (HEATING)

IMMEDIATE CRW RESPONSE (If applicable): CRW NOTIFIED SWAT #9.

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): FACILITIES MANAGEMENT ADMIN.

DATE REFERRED: 1, 9, 17

## RESPONSE BY PERSONNEL HANDLING REFERRAL

W/O 244247 to engineers to check temperature in cell 2110 and adjust it is out of range of 68 to 77 degrees.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| JAMES MORRISON | James Morrison | | 1, 10, 18 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| | |

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso*)

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* _____/_____/_____

INMATE'S BASIS FOR AN APPEAL: (Base del preso para una apelación:)

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (SI) ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a).): | DATE (Fecha): |
|---|---|---|
| | | 1/22/18 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| Aaron Williams | 1/___/18 |

(FCN-40b) ( AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

| CONTROL # | INMATE ID # |
|---|---|

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: Williams | PRINT - FIRST NAME *(Primer Nombre)*: D'Aaron | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 20120811136 |
|---|---|---|
| DIVISION *(División)*: 9    25 Dec 17 | LIVING UNIT *(Unidad)*: 2B (2110) | DATE *(Fecha)*: 12/22/17 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable criteria: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

9 (Oct. 14) 700-1500

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cuál ya hé recibo una respuesta y usted recibía al no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/22/17 | 10pm - 10:30pm 2nd shift Around | Tier 2B Cell 2110 | Lt. Williams |

Run the cameras back! Around 10pm - 10:30pm Lt. Williams came on the tier & cut my water off for no apparent reason. My toilet is not broken & I take psych medications where I need to be hydrated at all times. My cell isn't flooded or flooting or nothing. This is cruel & unusual punishment. I haven't did nothing to deserve this. The camera will show him going into the closet next to my cell & shutt my water off plus the computer will document no incident report about my cell Lt Williams deliberately shut off my water knowing nothing is wrong with my toilet & I

*(right margin, vertical)* take medications, body & her cameras will verify.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)* Luis Sandoval  20140403  184  The whole tier 2B detainees | INMATE SIGNATURE : *(Firma del Preso)*: D'Aaron Williams |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY ACTION. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |||
|---|---|---|
| CRW/PLATOON COUNSELOR (Print): CRW CENAWSKI | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 12/26/17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – CRW/PLATOON COUNSELOR)          (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2017 20542 | 0544256 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| WILLIAMS | DAARON | 2012081136 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 740 MISCONDUCT (NON PHYSICAL) BY SWORN STAFF.

IMMEDIATE CRW RESPONSE (if applicable):

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): | DATE REFERRED: |
|---|---|
| 09 SUPT. | 12/27/17 |

## RESPONSE BY PERSONNEL HANDLING REFERRAL

It would this shut off have powered inmates which affected the CPAPS
Directly below you on Tier 1B which has been documented.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | 9 | 1/2/18 |

## THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| DAaron Williams | 1/9/18 |

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 1/9/18

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)* I wasnt even allowed to come out my cell to use the washroom even after I let the Lt. Williams Know!

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes *(Si)* ☐   No ☑

*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Detainee failed to identify the sworn collection who in his original grievance statement. In such this could be addressed. Appeal — Original grievance stands.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | 1/16/18 |

## THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED *(Fecha en que la respuesta fue recibida)* |
|---|---|
| DAaron Williams | 1/9/18 |

(FCN-40b) ( AUG 16)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – C.R.W.)          (PINK COPY – INMATE)

Luis Sandoval #20170403134
P.O. Box 089002
Chicago, IL 60608







03/22/2018-29

2018 MAR 22 AM 8:46

Office of Clerk of the

U.S. District Court

United States Courthouse

219 south Dearborn street

Chicago, IL 60604