UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

D'Aaron Williams
                    Plaintiff,
v.                                              Case No.: 1:18−cv−00028
                                                Honorable John Z. Lee
Sgt Gotay, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 1, 2018:

    MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Plaintiff appears by video conference. The parties report on the status of the case. Defendants' counsel reports that they are in compliance with providing the additional document production to plaintiff as ordered on 9/12/18 (16 C 11540, doc. #63) and that they have further scheduled a meeting with plaintiff on 11/19/18 to view additional video evidence. At defense counsel's request and by agreement, the Court will stay any further discovery pending the outcome of the settlement conference. At plaintiff's request and in light of the inability of the recruited attorneys in Case Nos. 18 C 27 and 18 C 29 to accept plaintiff's cases in 16 C 11540 and 18 C 28, the Court will recruit and appoint an attorney through the Settlement Assistance Program to represent him in a settlement conference for Case Nos. 16 C 11540 and 18 C 28. As stated on the record, once a settlement assistance attorney has been appointed the Court will set a date certain for the parties to participate in a settlement conference. The Court will not set a further status hearing at this time. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.