**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

D'Aaron Williams
                              Plaintiff,

v.                                                    Case No.: 1:18−cv−00028
                                                      Honorable John Z. Lee

Sgt Gotay, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2018:

    MINUTE entry before the Honorable John Z. Lee:The status hearing set for 12/18/18 is reset to 2/22/19 at 9:30 a.m. Defense counsel should arrange for plaintiff's participation by telephone and contact the courtroom deputy the day before with a call−in number.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.